NUMBER 13-01-236-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

____________________________________________________________________


LARRY WEAVER AND ANGELA WEAVER , Appellants,


v.


LUIS F. CORREA, M.D. AND VALLEY BAPTIST MEDICAL, ET AL. , Appellees.

____________________________________________________________________


On appeal from the 138th District Court

of Cameron County, Texas.

____________________________________________________________________
O P I N I O N

Before Chief Justice Valdez and Justices Hinojosa and Yañez

Opinion Per Curiam


Appellants, LARRY WEAVER AND ANGELA WEAVER , perfected an appeal from a judgment entered by the 138th
District Court of Cameron County, Texas, in cause number 99-12-5347-B . No clerk's record has been filed due to
appellants' failure to pay or make arrangements to pay the clerk's fee for preparing the clerk's record. 

If the trial court clerk fails to file the clerk's record because the appellant failed to pay or make arrangements to pay the
clerk's fee for preparing the clerk's record, the appellate court may dismiss the appeal for want of prosecution unless the
appellant was entitled to proceed without payment of costs. Tex. R. App. P. 37.3(b).

On May 10, 2001 , notice was given to all parties that this appeal was subject to dismissal pursuant to Tex. R. App. P.
37.3(b). Appellants were given ten days to explain why the cause should not be dismissed. No response has been received
from appellants; however, on June 14, 2001, a certified copy of the trial court's order granting appellants' motion to
withdraw notice of appeal was received in this Court. The Court, having examined and fully considered the documents on
file, appellants' failure to pay or make arrangements to pay the clerk's fee for preparing the clerk's record, this Court's
notice, and the trial court's order granting appellants' motion to withdraw notice of appeal, is of the opinion that the appeal
should be dismissed. The appeal is hereby DISMISSED.

PER CURIAM



Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed

this the 28th day of June, 2001.